UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMION BOURN,<br><br>    Plaintiff,<br><br>v.<br><br>NURSE BONNIE, JENNIFER SCHMITTLING, ST. CLAIR COUNTY JAIL ADMINISTRATOR/ SHERIFF and DEBORAH HALE,<br><br>    Defendants. | Case No. 18-cv-1454-JPG-MAB |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 30) of Magistrate Judge Mark A. Beatty recommending that the Court *sua sponte* dismiss from this case the St. Clair County Jail Administrator/Sheriff and Deborah Hale, the St. Clair County Jail health care administrator, both of whom were added for the sole purpose of identifying a Jane Doe defendant. Jane Doe has been identified as Jennifer Schmittling, so those parties are no longer required in this case.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 30);

- **DISMISSES** defendants St. Clair County Jail Administrator/Sheriff and Deborah Hale from this case **without prejudice**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED:   May 21, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**